IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUN   2000

ANGELA HIGGINS,

    Plaintiff,

and

THE UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

vs.

WARRIOR INSURANCE GROUP,
a/k/a d/b/a GALLANT INSURANCE
COMPANY, a/k/a d/b/a VALOR
INSURANCE COMPANY,

    Defendants.

CIVIL ACTION NO. 99-114 DRH

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that this cause of action is dismissed pursuant to the settlement agreement signed by all parties. The U.S. District Court for the Southern District of Illinois, for a period of five (5) years, shall retain jurisdiction to enforce the terms of the Consent Decree.

NORBERT G. JAWORSKI, CLERK

June __6__, 2000

BY: _Patricia Brown_
    Deputy Clerk

APPROVED: _David R. Herndon_
DAVID R. HERNDON
U.S. DISTRICT JUDGE

EOD: __6/12/00__

122